UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SAIM SARWAR,

        Plaintiff,

  v.

GOPINATHJEE LLC,

        Defendant.

No. 1:20-cv-15724-NLH-KMW

**ORDER**

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 27th day of July, 2021

ORDERED that Plaintiff Saim Sarwar's Motion for Default Judgment [ECF No. 17] be, and the same hereby is, DENIED; and it is further

ORDERED that Plaintiff Saim Sarwar's Motion for Status Conference [ECF No. 18] be, and the same hereby is, DENIED as MOOT; and it is further

ORDERED that Plaintiff may file an Amended Complaint within thirty (30) days to cure the deficiencies outlined in the Court's Opinion and demonstrating standing to bring the present action.  If standing is not shown within that time, Plaintiff's Complaint will be dismissed.

At Camden, New Jersey

                                  s/ Noel L. Hillman
                                NOEL L. HILLMAN, U.S.D.J.